UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD C. SUTHERLAND,

                                    Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                                    Defendant.

Case No. C09-5549KLS

ORDER GRANTING PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA
PAUPERIS*

        Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is GRANTED.  Plaintiff

does not appear to have funds available to afford the $350.00 filing fee.

        DATED this 15th day of September, 2009.


                                    _Karen L. Strombom_
                                    Karen L. Strombom
                                    United States Magistrate Judge

ORDER - 1