# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD C. SUTHERLAND

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5549BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS in part and DECLINES TO ADOPT in part** the Report and Recommendation (Dkt. 23) as stated herein; and

The ALJ's decision is **REVERSED** and this action is **REMANDED** to the Social Security Administration for further proceedings consistent with this order.

December 14, 2010                                WILLIAM M. McCOOL
                                                              Clerk

                                                          *s/CM Gonzalez*
                                                          Deputy Clerk