UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD C. SUTHERLAND,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C09-5549BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 33. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff is awarded attorney's fees in the amount of **$8,183.78** and expenses in the amount of **$26.73** under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 26th day of April, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER