# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD C. SUTHERLAND

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5549BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

Plaintiff is awarded attorney's fees in the amount of $8,183.78 and expenses in the amount of $26.73 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)

| April 27, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk